**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 315 MAL 2017

             Respondent          :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court
         v.                   :

                                :

EDDIE TATE,                       :

             Petitioner           :


**ORDER**


**PER CURIAM**

      **AND NOW**, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.